**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03081-BNB
(**The above civil action number must appear on all future papers
 sent to the court in this action.  Failure to include this number
 may result in a delay in the consideration of your claims.**)

CHARLES G. VADEN,

    Plaintiff,

v.

DIANA SEELE,
HEIDI HURTADO,
PAULA LANGFORD, All are Johnstown Employees,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

    Plaintiff, Charles G. Vaden, currently resides in Johnstown, Colorado.  Mr. Vaden initiated this action by filing a Complaint.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are deficient as described in this Order.  Mr. Vaden will be directed to cure the following if he wishes to pursue his claims.  Any papers that Mr. Vaden files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:

(1)   X   is not submitted (Plaintiff claims he is indigent but did not submit § 1915 Motion)
(2)   __   is not on proper form (must use the Court's current form)
(3)   __   is missing original signature by Plaintiff
(4)   __   is missing affidavit
(5)   __   affidavit is incomplete
(6)   __   affidavit is not notarized or is not properly notarized
(7)   __   names in caption do not match names in caption of complaint, petition or application
(8)   __   other:

**Complaint or Petition**:

(9) __ is not submitted
(10) __ is not on proper form
(11) __ is missing an original signature by Plaintiff
(12) __ is incomplete
(13) __ uses et al. instead of listing all parties in caption
(14) __ names in caption do not match names in text
(15) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) _X_ other: <u>Plaintiff is required to complete all sections of the Complaint form, including the section regarding the jurisdiction for the claims he asserts in this case</u>

Accordingly, it is

ORDERED that Mr. Vaden cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Mr. Vaden files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Mr. Vaden shall obtain the Court-approved forms used in filing a Complaint and a 28 U.S.C. § 1915 motion and affidavit, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Mr. Vaden fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice. It is

FURTHER ORDERED that Mr. Vaden's request for legal assistance is denied as premature.

DATED November 14, 2013, at Denver, Colorado.

                BY THE COURT:

                s/Boyd N. Boland
                United States Magistrate Judge