IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03081-BNB

CHARLES G. VADEN,

    Plaintiff,

v.

DIANA SEELE,
PAULA LONGFORD, and
HEIDI HURTADO,

    Defendants.

**SECOND ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

    At issue is the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, ECF No. 7, filed pursuant to the Court's to the Court's November 14, 2013 Order to Cure Deficiencies.  Previously, the Court entered an order instructing Plaintiff to complete all sections of the Complaint form and to submit his request to proceed without payment of the filing fee on a Court-approved form used in seeking leave to proceed pursuant to 28 U.S.C. § 1915.

    The § 1915 form Mr. Vaden submitted to the Court is contradictory and confusing.  Mr. Vaden lists $10,500 of total monthly expenses but shows no income. The list of monthly payments includes annual amounts intermixed with monthly amounts owed.  Mr. Vaden also fails to state the amount of cash he has on hand.  He only alludes to varying amounts of money in his bank account.  Accordingly, it is

    ORDERED that Mr. Vaden obtain the Court-approved form used in filing a 28 U.S.C. § 1915 motion and affidavit, along with the applicable instructions, at

[www.cod.uscourts.gov](www.cod.uscourts.gov) and resubmit the form to the Court with proper and clarifying information regarding his income and expenses.  It is

FURTHER ORDERED that if Mr. Vaden fails to comply with directives of this Order **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED December 26, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge